UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **REBECCA PETERSEN & JOHN PETERSEN**,<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY MOORE & HUNTERDON CENTRAL REGIONAL HIGH SCHOOL BOARD OF EDUCATION**,<br><br>Defendants. | Civil Action No. 23-2189 (ZNQ) (JBD)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion for Temporary Restraining Order filed by Plaintiffs Rebecca Petersen and John Petersen ("Plaintiffs"). ("Motion", ECF No. 2.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **21st** day of **April 2023,**

**ORDERED** that Plaintiffs' Motion (ECF No. 2) is hereby **DENIED;** and it is further

**ORDERED** that Plaintiffs are to immediately serve a copy of this Order and the accompanying Opinion on Defendants.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**