UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBECCA PETERSEN, individually and as a member of the Board of Education of the Hunterdon Central Regional High School district, and JOHN PETERSEN, individually and on behalf of his minor child and all similarly situated students of the Hunterdon Central Regional High School,<br>                              Plaintiff,<br>v.<br><br>JEFFREY MOORE, Ed.D., individually and in his capacity as Superintendent of School, and the HUNTERDON CENTRAL REGIONAL HIGH SCHOOL BOARD OF EDUCATION,<br><br>                              Defendants. | Case No. 23-2189 (ZNQ) (JBD)<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

The issues in this matter potentially being decided in a pending action in the New Jersey Office of Administrative Law styled *Hunterdon Central Regional High School Board of Education v. Rebecca Petersen,* and/or a potential counterclaim or direct claim in the New Jersey Office of Administrative Law by Rebecca Petersen, please take notice that plaintiffs Rebecca Petersen and John Petersen hereby dismiss the above action as to defendants without prejudice, and without costs.

It is So Ordered this 6th day of June, 2023.

_____
Robert Kirsch, U.S.D.J.

MURRAY-NOLAN BERUTTI LLC
Attorney for Plaintiffs

*Ronald A. Berutti*
By:_____
Ronald A. Berutti

Dated: June 1, 2023